UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO:  3:06-cr-337-J-33MCR

LANIS MCCOY
_____/

## ORDER

UPON DUE CONSIDERATION of Defendant's Motion Pursuant to
Title 18 U.S.C. § 3582 to Modify a Term of Imprisonment (Doc.
# 45), filed on March 9, 2012, the United States Probation
Office's Supplemental Presentence Report and the Joint
Stipulation Regarding Retroactive Application of Revised
Cocaine Base Sentencing Guidelines (Doc. # 49), filed on March
15, 2012, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The Court finds that Defendant is eligible and
suitable for a reduction in his base offense level pursuant to
Amendment 750 of the United States Sentencing Guidelines.

(2)  On November 15, 2007, the Court sentenced Defendant
to a period of 87 months imprisonment, followed by a four year
term of supervised release. (Doc. # 41).  Due to the
retroactive application of Amendment 750, which became
effective as of November 1, 2011, the Court reduces
Defendant's sentence from a period of 87 months to a period of

60 months, or time served, whichever is greater.  See USSG §
1B1.10(b)(2)(C).

(3)   The Judgment in a Criminal Case (Doc. # 42) is
amended to provide:

*The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **60 MONTHS,** or time served, whichever is greater, as to Count One (1) of the Indictment.*

(4)   All other provisions set forth in the Judgment shall
remain in full force and effect.

(5)   Defendant's Motion Pursuant to Title 18 U.S.C. §
3582 to Modify a Term of Imprisonment (Doc. # 45) is granted
to the extent detailed herein.

(6)   This Order is **STAYED** for **ten (10) calendar days**, or
until such time as the Bureau of Prisons completes the release
preparations required by law, whichever occurs sooner.

**DONE** and **ORDERED** in Jacksonville, Florida, this 15th day
of March, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record
United States Marshals Service
United States Probation Office
Bureau of Prisons